ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
**Nov 05, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PATRICK RYAN SILVA,

Defendant.

CASE NO. 1:26-cr-00228-KES-EPG

MOTION AND PROPOSED ORDER TO SEAL INDICTMENT

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on November 5, 2026, charging the above defendant with a violation of 18 U.S.C. § 2252(a)(2) – Distribution of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct; 18 U.S.C. § 2252(a)(4)(B) – Possession of a Visual Depiction of Minor Engaging in Sexually Explicit Conduct; 18 U.S.C. § 2253(a) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment

/ / /

/ / /

or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

Dated: November 5, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By /s/ Luke Baty
LUKE BATY
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: November 5, 2026

STANLEY A. BOONE
U.S. Magistrate Judge