ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PATRICK SILVA,<br>Defendant. | CASE NO: 1:26-CR-00228-KES-EPG<br><br>ORDER TO UNSEAL INDICTMENT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned matter be, and is, unsealed.

Dated: November 9, 2026

The Honorable Frank J. Singer
UNITED STATES MAGISTRATE JUDGE